UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KEVIN J. COLLINS, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
|     v. | )    Civil No. 1:15-cv-164-NT |
| | ) |
| RODNEY BOUFFARD, Warden, | ) |
| Maine State Prison | ) |
| | ) |
|     Respondent. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 1, 2015 his Recommended Decision (ECF No. 6). The Petitioner filed its Objection to the Recommended Decision (ECF No. 7) on June 23, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is

necessary.  It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.  It is hereby **ORDERED** that Movant's 28 U.S.C. § 2254 Motion (ECF No. 1) is **DENIED**. It is hereby **ORDERED** that no certificate of appealibility shall issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

    **SO ORDERED**.

                                        /s/ Nancy Torresen  
                                        United States Chief District Judge

Dated this 14th day of June, 2015.